UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNE MARIE OSBORN,

    Plaintiff,

v.        Case No: 6:16-cv-1738-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees, pursuant to the Equal Access to Justice Act (Doc. 21) filed on April 12, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2018 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney's Fees, pursuant to the Equal Access to Justice Act (Doc. 21) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of **$3,873.89**.

**DONE AND ORDERED** in Orlando, Florida on April 30, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties